UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT COATES

    Plaintiff,

    v.

D. CASTILLA, ET AL.

    Defendant.
_____/

Case No. 20-cv-11101

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

U.S. MAGISTRATE JUDGE CURTIS
IVY JR.

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMEDATION [ECF NO. 58] AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF No. 51]

Before the Court is a Motion for Summary Judgment filed by the only remaining Defendants: Marguerite Howard and Teresa Kik. It was filed on November 3, 2022 and seeks dismissal of the only claim remaining in this case: First Amendment Retaliation. That motion was fully briefed and referred to Magistrate Judge Curtis Ivy Jr.

On March 17, 2023, Judge Ivy entered a Report and Recommendation On Defendants' Motion For Summary Judgment ("R&R"). [ECF No. 58]. It included a detailed factual background and analysis. Judge Ivy recommended granting Defendants' Motion because Coates's claims fail under First Amendment standards.

Coates did not file objections to the R&R, and the opportunity to file objections has passed. FED. R. CIV. P. 72(b)(2). When no objections are timely filed, a district court reviews a magistrate judge's report and recommendation for clear error. FED. R. CIV. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court has reviewed: Defendants' Motion, Coates's response to it, Defendants' reply brief, and Judge Ivy's R&R. The R&R does not contain a clear error. Therefore, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Ivy's Report and Recommendation [ECF No. 58], as this Court's findings of fact and conclusions of law and the Court **GRANTS** Defendants' Motion for Summary Judgment [ECF No. 51].

**SO ORDERED.**

Dated: April 17, 2023                                  /s/Gershwin A. Drain
                                                       GERSHWIN A. DRAIN
                                                       United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 17, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk